AO 450 (Rev. 5/85)   Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

JUDGMENT IN A CIVIL CASE

ALAN PULSIPHER

       Plaintiffs,

       V.                          CASE NUMBER: 2:08-cv-1374-RCJ-LRL

CLARK COUNTY, et al.,

       Defendants.
_____/

x   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Cherie Townsend, Larry Carter and Sheron Hayes *aka Sheron Tisdale* and against Plaintiff Alan Pulsipher. IT IS FURTHER ORDERED the parties shall bear their own costs and attorneys' fees.**

  2/25/2011                                    LANCE S. WILSON
   Date                                               Clerk

                                                        /s/ Lesa Ettinger

                                                   (By) Deputy Clerk